UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re:<br><br>MICHAEL F. DUNDON,<br>SSN: xxx-xx-0782<br><div align="right">Debtor</div> | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 04-41946-JBR |

### MOTION TO EXTEND TIME FOR FILING COMPLAINT
### FOR DETERMINATION OF DISCHARGEABILITY OF DEBT
### UNTIL SEPTEMBER 24, 2004

The Petitioner, Elaine L. Chao, Secretary of Labor, United States Department of Labor, (hereinafter, "Secretary") is charged with the responsibility of protecting the interests of participants in, and beneficiaries of, employee benefit plans and the plan assets held by those plans, pursuant to the Employee Retirement Income Security Act of 1974 (hereinafter, "ERISA"), 29 U.S.C. §§1001 et. seq.

The Secretary, through the Employee Benefits Security Administration (hereinafter, "EBSA") is in the process of carrying out an investigation pursuant to ERISA of the Dundon Consulting, Inc. d/b/a DCI Wheelchairs Unlimited 401(k) Plan (hereinafter, "Plan"). The Plan is an employee benefit plan within the meaning of ERISA §3(3), 29 U.S.C. §1102(3). Upon information and belief, Debtor Michael F. Dundon (hereinafter, "Debtor") has been a fiduciary with respect to the Plan within the meaning of ERISA §3(21)(A)(i) and (iii), 29 U.S.C. §1002(21)(A)(i) and (iii), and at all relevant times exercised discretionary authority and/or control respecting the management of the Plan, the management or disposition of its assets, and/or the administration of said Plan. If a fiduciary to the Plan, the Secretary may wish to file a