### UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:   Michael F. Dundon
       Debtor,

Chapter: 7
Case No: 04–41946
Judge Joel B. Rosenthal

---

### ORDER DISCHARGING TRUSTEE
### AND CLOSING CASE

It is hererby **ORDERED** that Joseph Baldiga , the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:5/9/06

By the Court,

Joel B. Rosenthal
U.S. Bankruptcy Judge